NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FRANCIS Y.F. LEE

---

2012-1296
(Serial No. 10/850,072)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

Before LOURIE, SCHALL and DYK, *Circuit Judges.*

PER CURIAM.

## O R D E R

The Director of the United States Patent and Trademark Office moves without opposition to remand this matter to the Board of Patent Appeals and Interferences to consider evidence of secondary considerations in the first instance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL 2 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Christopher N. Sipes, Esq.
Raymond T. Chen, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 26 2012

JAN HORBALY
CLERK